5 F.3d 567
 303 U.S.App.D.C. 315
 NATIONAL TRUST FOR HISTORIC PRESERVATION IN the UNITED
STATES; Historic Preservation League, Inc., a
Non-profit Corporation; Preservation
Texas, a Non-profit
Corporation, Appellants,
v.
FEDERAL DEPOSIT INSURANCE CORPORATION; Andrew C. Hove, Jr.,
in his official capacity as Acting Chairman,
Federal Deposit Insurance Corp.
 No. 93-5137.
 United States Court of Appeals,
District of Columbia Circuit.
 Oct. 21, 1993.
 
 Before: WALD, SILBERMAN,* and RANDOLPH,** Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Upon consideration of appellants' petition for rehearing, it is
 
 
 2
 ORDERED that the petition for rehearing be granted. The Clerk is directed to calendar this case for oral argument and establish a briefing schedule. It is
 
 
 3
 FURTHER ORDERED, on the court's own motion, that the court's judgment and opinion filed May 28, 1993, 995 F.2d 238, be vacated.
 
 
 
 *
 Judge Silberman was selected to replace Justice Ruth B. Ginsburg as a member of the panel
 
 
 **
 Judge Randolph would deny the petition for rehearing